IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MINNESOTA LIFE INSURANCE COMPANY** | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV122 |
| vs. | ) ) ) | AMENDED[*] ORDER |
| **ANGELA DOLBOW, GLORIA DOLBOW, TREVOR DOLBOW, ASHLYNN DOLBOW, JOSHUA DOLBOW, CALEB DOLBOW, and GRACYN DOLBOW,** | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Unopposed Joint Motion for Distribution of Interpleader Funds (Filing No. 30). The Court, being duly advised in the premises, finds that the motion filed pursuant to settlement should be sustained and the Clerk of the United States District Court for the District of Nebraska shall distribute all of the funds currently on deposit, in connection with this case, together with any accrued interest in the following manner:

1. twenty-five percent (25%) of the interpleader funds on deposit together with accrued interest to Gloria Dolbow and her attorney, Patrick M. Flood; and

2. the remaining seventy-five percent (75%) of the interpleader funds on deposit together with accrued interest to Angela Dolbow, Trevor Dolbow, Ashlynn Dolbow, Joshua Dolbow, Caleb Dolbow ,Gracyn Dolbow, and their attorney, John D. Rouse.

**IT IS THEREFORE ORDERED,** by the Court that the Unopposed Joint Motion for Distribution of Interpleader Funds (Filing No. 30) is granted and the Clerk of the United States District Court for the District of Nebraska shall distribute the funds and accrued interest currently on deposit in this case with the court in the following manner:

---

[*] This order is amended to include provision for Clerk of Court's authorization for deduction of a fee.

1. Twenty-five percent (25%) of the interpleader funds on deposit in this case together with accrued interest to Gloria Dolbow, and her attorney Patrick M. Flood; and
2. The remaining seventy-five percent (75%) of the interpleader funds on deposit in this case together with accrued interest to Angela Dolbow, Trevor Dolbow, Ashlynn Dolbow, Joshua Dolbow, Caleb Dolbow, Gracyn Dolbow, and their attorney, John D. Rouse.
3. The clerk's office is authorized to deduct a fee from the income earned on the investment as provided by Fed. R. of Civ. P. 67; NECivR 67.1(c); and 28 U.S.C. § 1914(b).

DATED this 20th day of October, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge