UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MINNESOTA LIFE INSURANCE COMPANY | ) ) ) | 8:11-cv-00122 |
| Interpleader Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER OF DISMISSAL** |
| ANGELA DOLBOW, GLORIA DOLBOW, TREVOR DOLBOW, ASHLYNN DOLBOW, JOSHUA DOLBOW, CALEB DOLBOW and GRACYN DOLBOW; | ) ) ) ) ) | |
| Defendants. | ) | |

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice.

The Court, being duly advised in the premises, finds that the Stipulation should be accepted. Therefore, Minnesota Life Insurance Company is discharged as the Interpleader Plaintiff and the action is dismissed with prejudice, including the Defendants' Counterclaims against the Interpleader Plaintiff, each party to pay their own costs.

IT IS SO ORDERED.

SIGNED this 23rd day of November, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
CHIEF DISTRICT JUDGE

1